# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Michele W. Orr, ) | Civil Action No. 4:19-cv-01826-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Andrew M. Saul, ) | |
| Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court on Plaintiff Michele Orr's ("Plaintiff") Petition for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 31.) On August 24, 2020, Defendant filed a Stipulation notifying the court that the parties agreed to an award of $7,500.00 in attorney's fees and $400.00 in costs. (ECF No. 32 at 1.) After reviewing Plaintiff's Petition (ECF No. 31) and the parties' Stipulation (ECF No. 32), the court finds that the stipulated request for fees is reasonable and that Plaintiff is entitled to an award of attorney's fees and costs under the EAJA in the stipulated amounts.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), EAJA fees awarded by this court belong to the litigant and are subject to the Treasury Offset Program, 31 U.S.C. § 3716 (2006). Therefore, the court directs that the fees be payable to Plaintiff and delivered to Counsel. The amount of attorney's fees payable to Counsel will be the balance of attorney's fees remaining after subtracting the amount of Plaintiff's outstanding federal debt. *See* 31 U.S.C. § 3716. If Plaintiff's outstanding federal debt exceeds the amount of attorney's fees, the amount of attorney's fees will be used to offset Plaintiff's federal debt and no attorney's fees shall be paid. (ECF No. 32 at 2.)

The court **GRANTS** Plaintiff's Petition for Attorney's Fees (ECF No. 31) and awards

2

Plaintiff $7,500.00 in attorney's fees and $400.00 in costs.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

October 8, 2020
Columbia, South Carolina

2